UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRE J. CLAYBORN,

          Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS,

          Defendant.

Case No.  C05-5304RBL

ORDER TO SHOW CAUSE

     This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

     On May 2, 2005, the clerk received plaintiff's complaint. (Dkt. #1).  On May 4, 2005, the clerk sent plaintiff a letter informing him that he must pay the $250.00 filing fee or file a proper application to proceed *in forma pauperis* by no later than June 3, 2005. (Dkt. #2).

     To date, plaintiff has not payed the filing fee or filed a proper application to proceed *in forma pauperis*.  Plaintiff has filed several other documents in which he claims his legal mail has been tampered with and he is being denied access to legal resources. (Dkt. #3, #4 and #5).  However, the fact that plaintiff has been able to submit these documents indicates that he still has adequate access to legal materials and to the court.

ORDER
Page - 1

Accordingly, this court orders the following:

(1) Plaintiff shall seek to cure the deficiencies noted above by filing **no later than July 14, 2005**, either the $250.00 court filing fee or a properly completed application to proceed *in forma pauperis*.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copy of this Order to plaintiff along with the appropriate *in forma pauperis* application form.

DATED this 14th day of June, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2